UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JERRY HOOKS,

Plaintiff,

v.

NEVADA and CLARK COUNTY, et al.,

Defendants.

Case No. 2:26-cv-01870-CDS-EJY

**REPORT AND RECOMMENDATION**

This action was initiated on June 23, 2026, when Plaintiff proceeding *pro se* submitted an application to proceed *in forma pauperis* ("IFP") together with a Mandamus Affidavit. ECF Nos. 1, 1-1. On July 7, 2026, the Court screened Plaintiff's Mandamus Affidavit liberally construing it as a complaint. ECF No. 3. The Court recommended that all of Plaintiff's claims asserted against the State of Nevada and the Eighth Judicial District Court be dismissed with prejudice as these entities are immune from suit. *Id.* at 4. Plaintiff was granted leave to file an amended complaint no later than August 7, 2026 for purposes of asserting a *Monell* claim against Clark County. *Id.* at 5.

On July 15, 2026, Plaintiff filed a Notice of Change of Address. ECF No. 6. Plaintiff has not objected to the Court's July 7, 2026 recommendation, which was adopted in its entirety on August 3, 2026. ECF No. 7. As of today's date, Plaintiff has not filed an amended complaint; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Orders.

Dated this 12th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).